# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALAMED FAMILY TRUST, JOE MALAMED, GERALDINE MALAMED as Trustees fo the 1996 MALAMED FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., NEVADA LEGAL NEWS, LLC,<br><br>Defendants. | 2:11-CV-00087-PMP-PAL<br><br>**ORDER** |

This action was commenced on January 18, 2011. On July 12, 2011, the Court entered a Notice of Intent to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. To date, no action has been taken by the parties to serve or otherwise prosecute this case.

**IT IS THEREFORE ORDERED that** in accord with the provisions of Rule 4(m) of the Federal Rules of Civil Procedures, this action is hereby **DISMISSED**.

DATED: December 20, 2011.

_____
PHILIP M. PRO
United States District Judge