Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: calexander@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALAMED FAMILY TRUST; JOE MALAMED and GERALDINE MALAMED, as Trustees of the 1996 MALAMED FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a Foreign corporation; NATIONAL DEFAULT SERVICING CORPORATION, a Foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; NEVDA LEGAL NEWS, LLC, a Nevada Limited-Liability company; DOES I thorough XX; and BUSINESS ENTITIES I through XX,<br><br>Defendants. | NO.  2:11-cv-00087-PMP-PAL<br><br><br><br>**ORDER TO RELEASE LIS PENDENS** |

Presently before the court is the Motion to Release Lis Pendens (the "Motion"). The Court, having considered the Motion, together with all pleadings and papers on file and all applicable law, it appears to this Court's satisfaction that good cause appearing therefore:

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs against the real property described as 6447 Goldfield Street, North Las Vegas, Nevada with Assessor's Parcel Number 124-22-811-032 and recorded on January 7, 2011 as instrument number 201101070000910 is hereby lifted, cancelled, expunged and RELEASED IN FULL. This

14361146

1 cancellation has the same effect as an expungement of the original notice.

2 DATED this 12th day of March, 2012.

*[signature]*
Philip M. Pro
United States District Judge

6 Submitted by:

7 SNELL & WILMER L.L.P.

9 By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: calexander@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

14361146

- 6 -